FILED
OCT 18 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| LEO CLYBURN | Case No. 05-55987 CN |
| CASSANDRA CLYBURN | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, CHASE BANK USA NA in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT.

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $60.56 as an unclaimed dividend.

Claim # 5002  CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA 30156-9104

Dated: October 14, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

May 13, 2011

Chase Bank
P O Box 100018
Kennesaw, GA 30156-9104

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and **will no longer be sending disbursements** on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. **A completed original must be sent directly to the United States Bankruptcy Court.**

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



USPS POSTAGE $00.44 APR 13 2011
MAILED FROM ZIP CODE 95032
0004264685

NIXIE 300 DE 1 00 04/19/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313 *2756-00525-19-39

CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA 30156-9104

Case: 05-55987  Doc# 85  Filed: 10/18/11  Entered: 10/31/11 11:38:56  Page 3 of 3