ORIGINAL 

FILED
OCT 18 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| LEO CLYBURN | ) Case No. 05-55987 CN |
| CASSANDRA CLYBURN | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

The final dividend to Creditor, HARDEN MEDICAL CENTER in the above entitled matter was returned marked: RETN TO SENDER-ATTEMPTED NOT KNOWN

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $15.93 as an unclaimed dividend.

    Claim # 31    HARDEN MEDICAL CENTER
                        P O BOX 10070
                        SALINAS, CA 93912

Dated: October 14, 2011                _/s/ Devin Derham-Burk_
                                                      DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



RECEIVED
MAY 23 2011
Devin Derham-Burk
Trustee, Chapter 13

NIXIE    951    DE 1    00 05/20/11
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 95150001313    *1055-04225-19-40

HARDEN MEDICAL CENTER
P O BOX 10070
SALINAS, CA 93912

Case: 05-55987   Doc# 86   Filed: 10/18/11   Entered: 10/31/11 11:40:14   Page 2 of 2